The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE LUIS GARCIA MORENO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

T-MOBILE USA, INC.,

Defendant.

No. 2:22-CV-00843-JHC

STIPULATION AND ORDER REGARDING PLAINTIFF'S OPPOSITION MOTION TO COMPEL ARBITRATION

**NOTE ON MOTION CALENDAR:**
October 13, 2022

Plaintiff Jose Luis Garcia Moreno and Defendant T-Mobile USA Inc., by and through their counsel, stipulate and agree as follows:

1. Plaintiff filed this lawsuit on June 15, 2022. Plaintiff served the Summons and Complaint on T-Mobile's registered agent on June 27, 2022.

2. T-Mobile filed its motion to compel arbitration on August 29, 2022 and Plaintiff's deadline to respond to the Motion is currently set for October 13, 2022 pursuant to a stipulation. Plaintiff has requested additional time to investigate Defendant's claims and prepare its opposition motion to compel arbitration. T-Mobile is amenable to Plaintiff's request for an extension and further wishes to agree on an orderly schedule for disposition of T-Mobile's motion to compel.

3. The parties have met and conferred concerning the timing and briefing schedule

STIPULATION AND ORDER REGARDING MOTION TO COMPEL ARBITRATION
(2:22-CV-00843-JHC) - 1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

on Plaintiff's opposition to the motion to compel arbitration and have agreed to the following schedule, subject to the Court's approval:

| | |
|---|---|
| Deadline for Opposition to Motion: | November 3, 2022 |
| Deadline for Reply and Noting Date | December 9, 2022 |

IT IS SO STIPULATED.

DATED this 13th day of October, 2022.

BRESKIN JOHNSON & TOWNSEND PLLC
*Attorneys for Plaintiff Donald McFadden*

By: s/ Cynthia J. Heidelberg
    Cynthia J. Heidelberg, WSBA #44121
    1000 Second Avenue, Suite 3670
    Seattle, WA 98104
    Telephone: 206-652-8660
cheidelberg@bjtlegal.com

MIGLIACCIO & RATHOD LLP
Attorneys for Jose Luis Garcia Moreno

By: s/Nicholas A. Migliaccio
    Nicholas A. Migliaccio, *pro hac vice*
    412 H Street N.E.
    Washington, DC 20002
    Telephone: 202-470-3520
    Email: nmigliaccio@classlawdc.com

Davis Wright Tremaine LLP
Attorneys for T-Mobile USA, Inc.

By: s/ Fred B. Burnside
    Stephen M. Rummage, WSBA #11168
    Fred B. Burnside, WSBA #32491
    Nicholas A. Valera, WSBA #54220
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: 206-622-3150
    Fax: 206-757-7700
    E-mail: steverummage@dwt.com
           fredburnside@dwt.com
           nickvalera@dwt.com

## ORDER

IT IS SO ORDERED.

The deadlines established in the Court's (Amended) Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement [Dkt. 7] are hereby vacated pending disposition of T-Mobile's motion to compel arbitration [Dkt. 10]. The parties shall adhere to the filing and briefing schedule set forth in their Stipulation. The Clerk is directed to renote T-Mobile's motion to compel [Dkt. 10] for December 9, 2022.

DATED this 17th day of October, 2022.

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

Presented by:

Breskin Johnson & Townsend PLLC
Migliaccio & Rathod LLP
Attorneys Plaintiff

By *Cynthia J. Heidelberg*
    Cynthia J. Heidelberg, WSBA #44121