The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE LUIS GARCIA MORENO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | No. 2:22-CV-00843-JHC<br><br>JOINT STATUS REPORT |

As required by the Court's January 25, 2023, Order granting Defendant T-Mobile USA Inc.'s (T-Mobile) Motion to Compel Arbitration, the parties submit this Joint Status Report.

Plaintiff Garcia Moreno has not yet initiated an arbitration with T-Mobile.

DATED this 25th day of January, 2024.

                                         Davis Wright Tremaine LLP
                                         Attorneys for T-Mobile USA, Inc.

                                         By *s/ Fred B. Burnside*
                                              Stephen M. Rummage, WSBA #11168
                                              Fred B. Burnside, WSBA #32491
                                              E-mail: steverummage@dwt.com
                                                            fredburnside@dwt.com

JOINT STATUS REPORT
(2:22-CV-00843-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Attorneys for Plaintiff

By *s/ Cindy Heidelberg*
Cindy Heidelberg, WSBA #44121
Breskin Johnson & Townsend, PPLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Telephone: 206-652-8660
E-mail: cheidelberg@bjtlegal.com

By *s/Nicholas Migliaccio*
Nicholas Migliaccio, *pro hac vice*
Migliaccio & Rathod LLP
412 H Street NE, Suite 302
Washington, DC 20002
nmigliaccio@classlawdc.com

JOINT STATUS REPORT
(2:22-CV-00843-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax